

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 3411



Douglas Evan Mackenzie - # 212953

_____ /

## ORDER TO SHOW CAUSE

It appearing that Douglas Evan Mackenzie has been suspended by the California Supreme Court due to noncompliance with Rule 9.22 for failure to contribute to Child and Family Support, effective October 5, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:
Douglas Evan Mackenzie
Attorney At Law
P.O. Box 1295
Mountain View, CA 94042

United States District Court
For the Northern District of California