IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:  No CV 09 80341 MISC VRW

Douglas Evan Mackenzie,  ORDER

State Bar No 212953

_____/

On December 17, 2009, the court issued an order to show cause (OSC) why Douglas Evan Mackenzie should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of Califronia due to non-compliance with Rule 9.22 for failure to contribute to Child and Family Support, effective October 5, 2009.

The OSC was mailed to Mr Mackenzi's address of record with the State Bar on December 22, 2009. A written response was due on or before February 5, 2010. No response to the OSC has been filed as of this date.

The court now orders Douglas Evan Mackenzie removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

DOUGLAS E. MACKENZIE

State Bar No. 212953

_____/

Case Number: CV09-80341 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas Evan Mackenzie
P.O. Box 1295
Mountain View, CA 94042

Dated: March 8, 2010

Richard W. Wieking, Clerk

*Frank Justiliano*

By: Frank Justiliano, Deputy Clerk